1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  REX D. GARNER, ESQ.
   Nevada Bar No. 9401
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: rex.garner@akerman.com

7  Attorneys for TD Auto Finance LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE SPRAGUE, | Case No. 2:18-cv-01841-JCM-GWF |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEFENDANT TD AUTO FINANCE LLC'S TIME TO RESPOND TO THE COMPLAINT (FIRST REQUEST)** |
| vs. | |
| TD AUTO FINANCE LLC f/k/a Chrysler Financial, | |
| Defendants. | |

Pursuant to Local Civil Rule 6-1(a), Jamie Sprague ("Plaintiff") and Defendant TD Auto Finance LLC ("TDAF"), through their respective counsel, hereby stipulate to an extension for TDAF to respond to Plaintiff's Complaint in light of the following facts:

## **RECITALS**

WHEREAS, Plaintiff, through his counsel, filed the Complaint in this action on September 21, 2018;

WHEREAS, TDAF appears to have been served with Plaintiff's Complaint on October 4, 2018;

///

///

– 1 –

1  WHEREAS, TDAF's response to Plaintiff's Complaint is due on or before October 25,
2  2018;

3  WHEREAS, TDAF is undergoing a preliminary investigation with the hopes of engaging
4  in initial settlement discussions with Plaintiff to reach an early resolution of this matter;

5  WHEREAS, this is the first stipulation for extension of time for TDAF to respond to
6  Plaintiff's Complaint;

7  WHEREAS, the Parties stipulate and agree that, for this good cause, TDAF's time to
8  respond to Plaintiff's Complaint is extended 21 days up to and including November 15, 2018.

9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

JOINT STIPULATION TO EXTEND DEFENDANT TD AUTO FINANCE LLC'S
TIME TO RESPOND TO THE COMPLAINT

# STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective counsel that the deadline for TDAF to file its response to Plaintiff's Complaint shall be extended 21 days up to and including November 15, 2018.

IT IS SO STIPULATED.

DATED: October 22, 2018

| **AKERMAN LLP** | **KAZEROUNI LAW GROUP, APC** |
|---|---|
| By:*/s/ Rex D. Garner*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Telephone: (702) 634-5000<br>Facsimile: (702)380-8572<br>Email: darren.brenner@akerman.com<br>Email: rex.garner@akerman.com<br><br>Attorneys for TD Auto Finance LLC | By: */s/ Michael Kind*<br>MICHAEL KIND, ESQ.<br>Nevada Bar No. 13903<br>KAZEROUNI LAW GROUP, APC<br>6069 South Forte Apache Road<br>Suite 100<br>Las Vegas, NV 89148<br>Telephone: (800) 400-6808 x7<br>Facsimile: (800) 520-5523<br>Email: mkind@kazlg.com<br><br>*Attorney for Jamie Sprague* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-23-2018