DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702)380-8572
Email: darren.brenner@akerman.com
Email: rex.garner@akerman.com

Attorneys for TD Auto Finance LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE SPRAGUE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TD AUTO FINANCE LLC f/k/a Chrysler Financial,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-01841-JCM-GWF<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT TD AUTO FINANCE LLC'S TIME TO RESPOND TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Civil Rule 6-1(a), Jamie Sprague ("Plaintiff") and Defendant TD Auto Finance LLC ("TDAF"), through their respective counsel, hereby stipulate to an extension for TDAF to respond to Plaintiff's Complaint in light of the following facts:

## **RECITALS**

WHEREAS, Plaintiff, through his counsel, filed the Complaint in this action on September 21, 2018;

WHEREAS, TDAF appears to have been served with Plaintiff's Complaint on October 4, 2018;

///

///

1  WHEREAS, on October 23, 2018, the Court granted the Parties' first stipulation for
2  extension of time for TDAF to respond to Plaintiff's Complaint;
3  WHEREAS, TDAF's response to Plaintiff's Complaint is currently due on or before
4  November 15, 2018;
5  WHEREAS, the Parties are engaged in on-going settlement discussions to reach an early
6  resolution of this matter;
7  WHEREAS, to conserve the Parties and the Court's time and resources, the Parties stipulate
8  and agree that, for this good cause, TDAF's time to respond to Plaintiff's Complaint is extended 21
9  days up to and including December 6, 2018.

10
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective counsel that the deadline for TDAF to file its response to Plaintiff's Complaint shall be extended 21 days up to and including December 6, 2018.

IT IS SO STIPULATED.

DATED: November 13, 2018.

| **AKERMAN LLP** | **KAZEROUNI LAW GROUP, APC** |
|---|---|
| By:*/s/ Rex D. Garner*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Telephone: (702) 634-5000<br>Facsimile: (702)380-8572<br>Email: darren.brenner@akerman.com<br>Email: rex.garner@akerman.com<br><br>Attorneys for TD Auto Finance LLC | By: */s/ Michael Kind*<br>MICHAEL KIND, ESQ.<br>Nevada Bar No. 13903<br>KAZEROUNI LAW GROUP, APC<br>6069 South Forte Apache Road<br>Suite 100<br>Las Vegas, NV 89148<br>Telephone: (800) 400-6808 x7<br>Facsimile: (800) 520-5523<br>Email: mkind@kazlg.com<br><br>*Attorney for Jamie Sprague* |

**IT IS SO ORDERED:**

*/s/ George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED: 11-14-2018

– 2 –
JOINT STIPULATION TO EXTEND DEFENDANT TD AUTO FINANCE LLC'S
TIME TO RESPOND TO THE COMPLAINT

46982493;1