Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff Jamie Sprague*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jamie Sprague,<br><br>        Plaintiff,<br><br>v.<br><br>TD Auto Finance, LLC f/k/a Chrysler Financial,<br><br>        Defendant. | Case No.: 2:18-cv-01841-JCM-GWF<br><br>**Stipulation of Dismissal of TD Auto Finance LLC fka Chrysler Financial** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Jamie Sprague ("Plaintiff") and TD Auto Finance, LLC f/k/a Chrysler Financial ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 1st day of April 2019.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**AKERMAN LLP**

By: /s/ Rex Garner
Darren T. Brenner, Esq.
Rex Garner, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for TD Auto Finance, LLC f/k/a Chrysler Financial*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 8, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 1, 2019, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148